# Exhibit A



**null / WARBREACH**
**Transmittal Number: 24436305**
**Date Processed: 02/07/2022**

# Notice of Service of Process

| | |
|---|---|
| **Primary Contact:** | Rosemarie Williams<br>General Motors LLC<br>Mail Code 482-C23-SOP 300 Renaissance CTR<br>300 Renaissance Center<br>Detroit, MI 48265-0001 |

| | |
|---|---|
| **Entity:** | General Motors LLC<br>Entity ID Number  3113523 |
| **Entity Served:** | General Motors LLC |
| **Title of Action:** | Jones, Steven, D. vs. General Motors LLC |
| **Matter Name/ID:** | Jones, Steven, D. vs. General Motors LLC (11981927) |
| **Document(s) Type:** | Notice and Complaint |
| **Nature of Action:** | Breach of Warranty |
| **Court/Agency:** | Allegheny County Court of Common Pleas, PA |
| **Case/Reference No:** | AR-22-000285 |
| **Jurisdiction Served:** | Pennsylvania |
| **Date Served on CSC:** | 02/07/2022 |
| **Answer or Appearance Due:** | 20 Days |
| **Originally Served On:** | CSC |
| **How Served:** | Certified Mail |
| Sender Information: | Kimmel & Silverman PC (Ambler, PA)<br>215-540-8888 |
| **Client Requested Information:** | Year: 2020<br>Make: Chevrolet<br>Model: Silverado<br>VIN: 1HTKJPVK5LH856444 |

| | |
|---|---|
| **Notes:** | Kimmel & Silverman, P.C., 30 East Butler Pike, Ambler, PA 19002<br><br>CSC Location Document Was Served: Corporation Service Company, 2595 Interstate Drive, Suite 103, Harrisburg, PA 17110 |

Information contained on this transmittal form is for record keeping, notification and forwarding the attached document(s). It does not constitute a legal opinion. The recipient is responsible for interpreting the documents and taking appropriate action.

**To avoid potential delay, please do not send your response to CSC**

251 Little Falls Drive, Wilmington, Delaware 19808-1674   (888) 690-2882   |   sop@cscglobal.com

ROBERT M. SILVERMAN*·*
CRAIG THOR KIMMEL*·^

* Member, PA Bar
* Member, NJ Bar
* Member, DE Bar
· Member, NY Bar
¨ Member, MA Bar
* Member, MD Bar
* Member, OH Bar
© Member, NH Bar
* Member, CT Bar
* Member, TN Bar
* Member, WY Bar
* Member, DC Bar
* Member, CA Bar
° Member, WI Bar
* Member FL Bar
* Member, AZ Bar
^ Member, TX Bar
‡ Member, MI Bar
* Member, WV Bar
& Member, IL Bar
> Member, IN Bar



# KIMMEL & SILVERMAN
—— P.C. ——

1-800-LEMON LAW
www.lemonlaw.com

CORPORATE HEADQUARTERS
30 E. Butler Avenue
Ambler, PA 19002
P (215) 540-8888
F (215) 540-8817

JACQUELINE C. HERRITT***·*·*
ROBERT A. RAPKIN*
ANGELA K. TROCCOLI**
JOSEPH D. STEWARD III*
W. CHRISTOPHER COMPONOVO *?**
JASON L. GRESHES *+.*
CHAD P. DOMAN* ·*
JACOB U. GINSBURG*·*
MICHAEL MILEWSKI*·*
BLAKE K. WALSH*^·>

WESTERN PA OFFICE, 100 Ross Street, Suite 330, Pittsburgh, PA 15219, P (412) 566-1001, F (412) 566-1005
NEW JERSEY OFFICE, Executive Quarters, 1930 E. Marlton Pike, Suite Q29, Cherry Hill, NJ 08003, P (856) 751-4152, F (856) 216-7344
DELAWARE OFFICE, 501 Silverside Road, Suite 118, Wilmington, DE 19809, P (302) 791-9373, F (302) 791-9476
NEW YORK OFFICE, 1080 Avenue of the Americas, 8th Floor, New York, NY 10036, P (212) 719-7543, F (877) 617-2515
BUFFALO, NY OFFICE, 1207 Delaware Avenue, Suite 440, Buffalo, NY 14209, P (716) 332-6112, F (800) 863-1689
OHIO OFFICE, 4031 Colonel Glenn Highway, Suite 450, Beavercreek, OH 45431, P (937) 306-7220, F (215) 540-8817
SAN FRANCISCO, CA OFFICE, 75 Broadway, Suite 202, #1911 San Francisco, CA 94111, P (415) 947-7827, F (215) 540-8817
SAN DIEGO, CA OFFICE, 101 West Broadway, Suite 300 PMB, #344 San Diego, CA 92101, P (619) 785-3003, F (215) 540-8817
LOS ANGELES, CA OFFICE, 1055 West 7th Street, 33rd Floor, Los Angeles, CA 90017, P (213) 340-7770, F (215) 540-8817

PLEASE REMIT ALL CORRESPONDENCE TO THE AMBLER OFFICE

February 3, 2021

General Motors LLC

**Re:** **Steven Jones v. General Motors LLC**
**Allegheny County; No: AR-22-000285**

Dear Sir or Madam:

Enclosed please find a copy of the above-referenced *Complaint* that has been filed against General Motors LLC in the Court of Common Pleas, Allegheny County, Pennsylvania. You are being served pursuant to the Pennsylvania Rules of Civil Procedure, Rule 403.

Please submit the enclosed to your legal department. A responsive pleading is due 20 days after the receipt of this complaint.

Very truly yours,

Robert M. Silverman
KIMMEL & SILVERMAN, P.C.

RMS/jcd
Enclosures

**James Diver**

| | |
|---|---|
| **From:** | Allegheny E-File |
| **Sent:** | Thursday, February 03, 2022 1:27 PM |
| **To:** | James Diver |
| **Subject:** | FW: Approval Confirmation Submission ID: 2117000 CaseID: TMP1264079 |

**From:** webmaster.pro@county.allegheny.pa.us <WEBMASTER.PRO@COUNTY.ALLEGHENY.PA.US>
**Sent:** Thursday, January 27, 2022 8:46 AM
**To:** Allegheny E-File <alleghenyefile@lemonlaw.com>
**Cc:** promail@county.allegheny.pa.us
**Subject:** Approval Confirmation Submission ID: 2117000 CaseID: TMP1264079

# Approval Details

*Please be advised that dockets have been accepted by the*
*Allegheny County Department of Court Records, Civil/Family Division for Case Number:AR-22-000285*
*Dockets filed for Temporary Case Number:TMP1264079*
*have been assigned to Permanent Case number:AR-22-000285*

| | |
|---|---|
| **Submission ID:** | 2117000 |
| **Status:** | Approved |
| **Case Number:** | AR-22-000285 |
| **Case Description:** | Jones vs General Motors LLC |
| **Filing Date/Time:** | 1/26/2022 1:00:46 PM |

## *Docket Details are as follows:*

| ClientID | Filed By | Sequence nbr | Docket Type Code | Docket Type | Fees |
|---|---|---|---|---|---|
| JCD | 61628 | 1 | COMPL | Complaint | 187.75 |

Payment Type : Credit Card
(There will be an additional 4% service charge on all Credit Card e-filings by the merchant card provider)

1

Civil/Family Division Amount :187.75
Sheriff's Amount :
Total Amount :187.75
Receipt NO :8488394


**The Department of Court Records will not be assigning court dates to Arbitration matters as per Administrative Order AD-20-000095-PJ which was filed on March 16, 2020. Once the court resumes normal operations and the stay is lifted the Attorney/Litigant will be required to file a "Praecipe to Schedule an Arbitration Date" in order to receive a hearing date.**

**\*\*\*contact civil@alleghenycounty.us within 10 days on any issues \*\*\***

*Thank you for using the DCR, Civil/Family Division Electronic Filing and Retrieval System.*

**Confidentiality Notice: This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure, forwarding, or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message.**

2

IN THE COURT OF COMMON PLEAS OF ALLEGHENY COUNTY, PENNSYLVANIA

Steven D. Jones,                              CIVIL DIVISION

       **Plaintiff,**

  vs.

General Motors LLC,                           NO.:

       **Defendant.**

       **COMPLAINT IN CIVIL ACTION**

       Filed on behalf of Plaintiff:
       Steven D Jones

       COUNSEL OF RECORD FOR THIS PARTY:

       Robert M. Silverman, Esquire
       Identification No. 55914

       **KIMMEL & SILVERMAN, P.C.**
       30 East Butler Pike
       Ambler, PA 19002
       (215) 540-8888

# WRIT WAIVED

**IN THE COURT OF COMMON PLEAS OF ALLEGHENY COUNTY, PENNSYLVANIA**
**DEPARTMENT OF COURT RECORDS CIVIL/FAMILY DIVISION**
**ARBITRATION DOCKET**

Steven D. Jones
Plaintiff

ARBITRATION DOCKET

NO. _____ - _____ - _____

VS.

General Motors LLC
DEFENDANT

HEARING DATE: _____
Court Room 2
City-County Building
7th Floor
9:00 A.M.

**NOTICE TO DEFEND**

YOU HAVE BEEN SUED IN COURT. If you wish to defend against the claims set forth in the following pages, you must take action within TWENTY (20) days after this complaint and notice are served by entering a written appearance personally or by attorney and filing in writing with the court your defenses or objections to the claims set forth against you. You are warned that if you fail to do so the case may proceed without you and a judgment may be entered against you by the court without further notice for any money claimed in the complaint or for any other claim or relief requested by the plaintiff. You may lose money, property or other rights important to you.

YOU SHOULD TAKE THIS PAPER TO YOUR LAWYER AT ONCE. If you do not have a lawyer, go to or telephone the office set forth below. This office can provide you with information about hiring a lawyer. IF YOU CANNOT AFFORD TO HIRE A LAWYER, this office may be able to provide you with information about agencies that may offer legal service to eligible persons at a reduced fee or no fee.

**LAWYER REFERRAL SERVICE,**
The Allegheny County Bar Association
11th Floor Koppers Bldg.
436 Seventh Ave, Pittsburgh, PA 15219
TELEPHONE 412-261-5555

**HEARING NOTICE**

**YOU HAVE BEEN SUED IN COURT.** The above Notice to Defend explains what you must do to dispute the claims made against you. If you file the written response referred to in the "Notice to Defend" a hearing before a Board of Arbitrators will take place in Court Room 2, 7th floor of the City County Building, 414 Grant Street, Pittsburgh, Pennsylvania on _____ , 20___, at 9:00 a.m. IF YOU FAIL TO FILE the response described in the "Notice to Defend" a judgment for the amount claimed in the complaint may be entered against you before the hearing.

**DUTY TO APPEAR AT ARBITRATION HEARING**

If one or more of the parties is not present at the hearing, THE MATTER MAY BE HEARD AT THE SAME TIME AND DATE BEFORE A JUDGE OF THE COURT WITHOUT THE ABSENT PARTY OR PARTIES. THERE IS NO RIGHT TO A TRIAL DE NOVO ON APPEAL FROM A DECISION ENTERED BY A JUDGE.

1

**NOTICE:** YOU MUST RESPOND TO THIS COMPLAINT WITHIN TWENTY (20) DAYS OR A JUDGMENT FOR THE AMOUNT CLAIMED MAY BE ENTERED AGAINST YOU BEFORE THE HEARING. IF ONE OR MORE OF THE PARTIES IS NOT PRESENT AT THE HEARING, THE MATTER MAY BE HEARD IMMEDIATELY BEFORE A JUDGE WITHOUT THE ABSENT PARTY OR PARTIES. THERE IS NO RIGHT TO A TRIAL DE NOVO ON APPEAL FROM A DECISION ENTERED BY A JUDGE.

2

## IN THE COURT OF COMMON PLEAS OF ALLEGHENY COUNTY, PENNSYLVANIA
## CIVIL DIVISION

Steven D. Jones,

        **Plaintiff,**

  vs.

        **No.:**

General Motors LLC,

        **Defendant.**

## COMPLAINT

1.  Plaintiff, Steven D. Jones, is an adult individual citizen and legal resident of the Commonwealth of Pennsylvania, residing at 119 Bradley Rd, Annville, PA 17003.

2.  Defendant, General Motors LLC, is a corporation qualified to do and regularly conduct business in the Commonwealth of Pennsylvania, with its address and principal place of business located at 30007 Van Dyke Avenue, Warren, MI 48090-9065, and can be served at c/o Corporation Service Company, 2595 Interstate Drive, Harrisburg, PA 17110.

## BACKGROUND

3.  On or about March 25, 2021, Plaintiff purchased a new 2020 Chevrolet Silverado 5500, manufactured and warranted by Defendant, bearing the Vehicle Identification Number 1HTKJPVK5LH856444.

4.  The vehicle was purchased in the Commonwealth of Pennsylvania and is registered in the Commonwealth of Pennsylvania.

3

5.  The contract price of the vehicle, including registration charges, document fees, sales tax, finance and bank charges, but <u>excluding</u> other collateral charges not specified, yet defined by the Lemon Law, totaled more than $81,000.00. A true and correct copy of the contract is attached hereto, made a part hereof, and marked Exhibit "A".

6.  In consideration for the purchase of said vehicle, Defendant issued to Plaintiff several warranties, guarantees, affirmations or undertakings with respect to the material or workmanship of the vehicle and/or remedial action in the event the vehicle fails to meet the promised specifications.

7.  The above-referenced warranties, guarantees, affirmations or undertakings are/were part of the basis of the bargain between Defendant and Plaintiff.

8.  The parties' bargain includes an express 3 year/36,000 mile warranty, as well as other guarantees, affirmations and undertakings as stated in Defendant's warranty materials and owner's manual.

9.  However, as a result of the ineffective repair attempts made by Defendant through its authorized dealer(s), the vehicle is rendered substantially impaired, unable to be utilized for its intended purposes, and is worthless to Plaintiff.

10. The first documented warranty repair attempt is believed to have occurred on or before August 18, 2021, when the vehicle odometer showed 4,122 miles. On that date, no repair attempts were made after client reports major electrical issues and the ABS light is on. A true and correct copy of the repair invoice is attached hereto, made a part hereof and marked Exhibit "B".

4

11. The second documented warranty repair attempt is believed to have occurred on or before August 30, 2021, when the vehicle odometer showed 4,440 miles. On that date, repair attempts were made to the EBCM after client reports major engine electrical issues and the ABS light is back on. A true and correct copy of the repair invoice is attached hereto, made a part hereof and marked Exhibit "C".

12. The third documented warranty repair attempt is believed to have occurred on or before October 19, 2021, when the vehicle odometer showed 5,950 miles. On that date, no repair attempts were made after client reports major electrical issues. A true and correct copy of the repair invoice is attached hereto, made a part hereof and marked Exhibit "D".

13. The fourth documented warranty repair attempt is believed to have occurred on or before October 30, 2021, when the vehicle odometer showed 6,000 miles. On that date, the client had no choice but to effectuate cover under the UCC and trade in the unsafe vehicle for a new 2021 Chevrolet Silverado. However, as marked in Exhibit "E", the dealer only offered him $66,000.00 for his vehicle, leaving the client with a net loss of $15,000.00 on a car that only had 6,000 miles on it. The client remains a loyal GM customer as he purchased another Silverado new.

## COUNT I
## PENNSYLVANIA AUTOMOBILE LEMON LAW

14. Plaintiff hereby incorporates all facts and allegations set forth in this Complaint by reference as if fully set forth at length herein.

15. Plaintiff is a "Purchaser" as defined by 73 P.S. §1952.

16. Defendant is a "Manufacturer" as defined by 73 P.S. §1952.

17. Klick-Lewis, INC. is and/or was at the time of sale a Motor Vehicle Dealer in the business of buying, selling, and/or exchanging vehicles as defined by 73 P.S. §1952.

18. On or about March 25, 2021, Plaintiff took possession of the above mentioned vehicle and experienced nonconformities as defined by 73 P.S §1951 et seq., which substantially impair the use, value and/or safety of the vehicle.

19. The nonconformities described violate the express written warranties issued to Plaintiff by Defendant.

20. Section 1955 of the Pennsylvania Automobile Lemon Law provides:

> If a manufacturer fails to repair or correct a nonconformity after a reasonable number of attempts, the manufacturer shall, at the option of the purchaser, replace the motor vehicle... or accept return of the vehicle from the purchaser, and refund to the purchaser the full purchase price, including all collateral charges, less a reasonable allowance for the purchasers use of the vehicle, not exceeding $.10 per mile driven or 10% of the purchase price of the vehicle, whichever is less.

21. Section 1956 of the Pennsylvania Automobile Lemon Law provides a presumption of a reasonable number of repair attempts if:

    (1)    The same nonconformity has been subject to repair three times by the manufacturer, its agents or authorized dealers and the nonconformity still exists; or

    (2)    The vehicle is out-of-service by reason of any nonconformity for a cumulative total of thirty or more calendar days.

22. Plaintiff has satisfied the above definition as the vehicle has been subject to repair three (3) times for the same nonconformity, and the nonconformity remained uncorrected.

23. In addition, the above vehicle has or will be out-of-service by reason of the nonconformities complained of for a cumulative total of thirty (30) or more calendar days.

24. Plaintiff has delivered the nonconforming vehicle to an authorized service and repair facility of the Defendant on numerous occasions as outlined below.

25. After a reasonable number of attempts, Defendant was unable to repair the nonconformities.

26. Plaintiff avers the vehicle has been subject to additional repair attempts for defects and conditions for which Defendant's warranty dealer did not provide or maintain itemized statements as required by 73 P.S. § 1957.

27. Plaintiff avers that such itemized statements, which were not provided as required by 73 P.S. § 1957 also include technicians' notes of diagnostic procedures and repairs, and Defendant's Technical Service Bulletins relating to this vehicle.

28. Plaintiff avers the vehicle has been subject to additional repair attempts for defects and conditions for which Defendant's warranty dealer did not provide the notification required by 73 P.S. § 1957.

29. Plaintiff has and will continue to suffer damages due to Defendant's failure to comply with the provisions of 73 P.S. §§ 1954 (repair obligations), 1955 (manufacturer's duty for refund or replacement), and 1957 (itemized statements required).

30. Pursuant to 73 P.S. § 1958, Plaintiff seeks relief for losses due to the vehicle's nonconformities, including the award of reasonable attorneys' fees and all court costs.

**WHEREFORE,** Plaintiff respectfully demands judgment against Defendant in an amount equal to the price of the subject vehicle, plus all collateral charges, attorneys' fees, and court costs.

## COUNT II
## MAGNUSON-MOSS (FTC) WARRANTY IMPROVEMENT ACT

31. Plaintiff hereby incorporates all facts and allegations set forth in this Complaint by reference as if fully set forth at length herein.

32. Plaintiff is a "Consumer" as defined by 15 U.S.C. §2301(3).

33. Defendant is a "supplier", "warrantor", and a "service contractor" as defined by 15 U.S.C. § 2301 (4),(5) and (8).

34. The subject vehicle is a "consumer product" as defined by 15 U.S.C. § 2301(1).

35. By the terms of its written warranties, affirmations, promises, or service contracts, Defendant agreed to perform effective repairs at no charge for parts and/or labor.

36. The Magnuson-Moss Warranty Improvement Act requires Defendant to be bound by all warranties implied by state law. Said warranties are imposed on all transactions in the state in which the vehicle was delivered.

37. Defendant has made attempts on several occasions to comply with the terms of its express warranties; however, such repair attempts have been ineffective.

38. The Magnuson-Moss Warranty Improvement Act, 15 U.S.C. §2310(d)(2) provides:

> If a consumer finally prevails on an action brought under paragraph (1) of this subsection, he may be allowed by the court to recover as part of the judgment a sum equal to the amount of aggregate amount of costs and expenses (including attorney fees based upon actual time expended), determined by the court to have been reasonably incurred by the Plaintiff for, or in connection with the commencement and prosecution of such action, unless the court, in its discretion shall determine that such an award of attorney's fees would be inappropriate.

39. Plaintiff has afforded Defendant a reasonable number of opportunities to conform the vehicle to the aforementioned express warranties, implied warranties and contracts.

40. As a direct and proximate result of Defendant's failure to comply with the express written warranties, the Defendant has breached said warranties, has violated the Magnuson-Moss

Warranty Improvement Act, the Plaintiff has suffered damages and, in accordance with 15 U.S.C. §2310(d)(1), the Plaintiffs are entitled to bring suit for such damages and other legal and equitable relief.

41. At the time of obtaining possession of the vehicle and at all times subsequent thereto, Plaintiff has justifiably relied upon Defendant's express warranties and implied warranties of fitness for a particular purpose and implied warranties of merchantability.

42. At the time of obtaining possession of the vehicle and at all times subsequent thereto, Defendant was aware Plaintiff was relying upon Defendant's express and implied warranties, obligations, and representations with regard to the subject vehicle.

43. Plaintiff has incurred damages as a direct and proximate result of the breach and failure of Defendant to honor its express and implied warranties.

44. Such damages include, but are not limited to, the sales price of the vehicle plus all collateral charges, including attorney fees and costs, as well as other expenses, the full extent of which are not yet known.

45. Plaintiff avers that upon successfully prevailing upon the Magnuson-Moss claim herein, all attorney fees are recoverable and are demanded against Defendant.

**WHEREFORE**, Plaintiff respectfully demands judgment against Defendant in an amount equal to the price of the subject vehicle, plus all collateral charges, incidental and consequential damages, reasonable attorneys' fees, and all court costs.

## COUNT III
## PENNSYLVANIA UNFAIR TRADE
## PRACTICES AND CONSUMER PROTECTION LAW

46. Plaintiff hereby incorporates all facts and allegations set forth in this Complaint by reference as if fully set forth at length herein.

47. Plaintiff is a "Person" as defined by 73 P.S. §201-2(2).

48. Defendant is a "Person" as defined by 73 P.S. §201-2(2).

49. Section 201-9.2(a) of the Act authorizes a private cause of action for any person "who purchases or leases goods or services primarily for personal, family or household purposes."

50. Section 1961 of the Pennsylvania Automobile Lemon Law, provides that a violation of its provisions shall automatically constitute a violation of the Pennsylvania Unfair Trade Practices and Consumer Protection Act, 73 P.S. 201-1 et seq.

51. In addition, the Pennsylvania Unfair Trade Practices and Consumer Protection Act, 73 P.S. §201-2(4), defines "unfair or deceptive acts or practices" to include the following conduct:

> (vii).    Representing that goods or services are of a particular standard, quality or grade, or that goods are of a particular style or model, if they are of another;
>
> (xiv).    Failing to comply with the terms of any written guarantee or warranty given to the buyer at, prior to, or after a contract for the purchase of goods or services is made;
>
> (xv).    Knowingly misrepresenting that services, replacements or repairs are needed if they are not needed;
>
> (xvi).    Making repairs, improvements or replacements on tangible, real or personal property of a nature or quality inferior to or below the standard of that agreed to in writing;
>
> (xvii).    Engaging in any other fraudulent or deceptive conduct which creates a likelihood of confusion or of misunderstanding.

52. Plaintiff avers Defendant has violated these, as well as other provisions, of 73 P.S. §201-2 et seq.

53. Section 201-3.1 of the Act provides that the Automotive Industry Trade Practice rules and regulations adopted by the Attorney General for the enforcement of this Act shall constitute additional violations of the Act.

54. Defendant's conduct surrounding the sale and servicing of the subject vehicle falls within the aforementioned definitions of "unfair or deceptive acts or practices."

55. The Act also authorizes the Court, in its discretion, to award up to three (3) times the actual damages sustained for violations.

**WHEREFORE**, Plaintiff respectfully demands judgment against Defendant in an amount not in excess of Thirty Five Thousand Dollars ($35,000), together with all collateral charges, attorneys' fees, all court costs and treble damages.

KIMMEL & SILVERMAN, P.C.

By:_____

Robert M. Silverman, Esquire
Attorney for Plaintiff
30 East Butler Pike
Ambler, PA 19002
(215) 540-8888

# VERIFICATION

I, Robert M. Silverman, Esquire, being duly sworn according to law, depose and say that I am the attorney for the Plaintiff , in this action and that the facts set forth in the foregoing Complaint are true and correct to the best of my knowledge, information and belief.  I understand that any false statements made herein are subject to the Penalties of 18 Pa. C.S.A. §4904, relating to unsworn falsifications to authorities.

_____
Robert M. Silverman, ESQUIRE
Attorney for Plaintiff

DEAL #: 0061299
STK #: 0023050

# RETAIL INSTALLMENT SALE CONTRACT
## SIMPLE FINANCE CHARGE

| Buyer Name and Address (Including County and Zip Code)   NORTHAMPTON | Co-Buyer Name and Address (Including County and Zip Code)  NA | Seller-Creditor (Name and Address) |
|---|---|---|
| STEVEN DOUGLAS JONES<br>1516 POPLAR ST<br>NORTHAMPTON, PA 18067 | | KLICK LEWIS INC<br>720 EAST MAIN ST<br>PALMYRA, PA 17078 |

You, the Buyer (and Co-Buyer, if any), may buy the vehicle below for cash or on credit. By signing this contract, you choose to buy the vehicle on credit under the agreements on the front and back of this contract. You agree to pay the Seller - Creditor (sometimes "we" or "us" in this contract) the Amount Financed and Finance Charge in U.S. funds according to the payment schedule below. We will figure your finance charge on a daily basis. The Truth-In-Lending Disclosures below are part of this contract.

| New/Used | Year | Make and Model | Mfg Gross Vehicular Weight | Vehicle Identification Number | Primary Use For Which Purchased |
|---|---|---|---|---|---|
| NEW | 2020 | CHEVROLET SILVERADO K2500 | 0000 | 1GT19LEY6LH956444 | Personal, family or household unless otherwise indicated below<br>☐ business<br>☐ agricultural      NA |

## FEDERAL TRUTH-IN-LENDING DISCLOSURES

| ANNUAL PERCENTAGE RATE The cost of your credit as a yearly rate. | FINANCE CHARGE The dollar amount the credit will cost you. | Amount Financed The amount of credit provided to you or on your behalf. | Total of Payments The amount you will have paid after you have made all payments as scheduled. | Total Sale Price The total cost of your purchase on credit, including your down payment of $ 11559.70 |
|---|---|---|---|---|
| 11.25 % | $ 24655.83 | $ 64936.65 | $ 89592.48 | $ 115594.70 |

(e) means an estimate

### Your Payment Schedule Will Be:

| Number of Payments | Amount of Payments | When Payments Are Due |
|---|---|---|
| 72 | $ 1244.34 | MONTHLY beginning 04/24/2020 |
| NA | NA | NA |
| NA | NA | NA |
| NA | | |

Late Charge. If payment is not paid in full within 10 days after it is due, you will pay a late charge of the vehicle ...

Prepayment. If you pay early, you will ...

Security Interest. You are giving a security interest in the vehicle being purchased.

Additional Information: See this contract for more information including information about nonpayment, default, any required repayment in full before the scheduled date and security interest.

### ITEMIZATION OF AMOUNT FINANCED (Seller may keep part of the amounts paid to others.)

| 1. Cash Price | | |
|---|---|---|
| Vehicle | $ | 81291.00 |
| Accessories and Installation | $ | NA |
| Government Taxes | $ | 1757.40 |
| Vehicle Delivery | $ | NA |
| to   NA | for NA | $ NA |
| to   NA | for NA | $ NA |
| to   NA | for NA | $ NA |
| NA | NA | $ NA |
| NA | NA | $ NA |
| NA | | $ NA |
| | | $ 83048.40 |

Total Cash Price

Trade-in  2018  RAM  LARAMIE (Year) (Make) (Model)

Trade-in  GC3P3HJ   JC23470A

Insurance. You may buy the physical damage insurance this contract requires (see back) from anyone you choose who is acceptable to us...

☐ Check the insurance you want and sign below.

### Optional Credit Insurance

| ☐ Credit Life: | ☐ Buyer | ☐ Co-Buyer | ☐ Both |
| ☐ Credit Disability: | ☐ Buyer | ☐ Co-Buyer | ☐ Both |

Premium:
Credit Life $ NA
Credit Disability $ NA
Insurance Company Name NA
Home Office Address NA

Credit life insurance and credit disability insurance are not required to obtain credit. Your decision to buy or not buy credit life insurance and credit disability insurance will not be a factor in the credit approval process...

### Other Optional Insurance

Premium $ NA
Description of Coverage NA
Insurance Company Name NA

PLAINTIFF'S EXHIBIT A   ALL-STATE LEGAL®

Trade-In ... 2012 RAM ... LARAMIE ...

Trade-In ... 7C59R3U27JG254744 ...

Gross Trade-In Allowance ...

Less Pay Off Made By Seller ... ALLY FINANCIAL ...

Equals Net Trade-In ...

Cash ... CASH ON DELIVERY ...

C  Official Fees Paid to Government Agencies
To ... STATE OF PA ... for ... TRANSFER FEE ... $  9.00
To ... STATE OF PA ... for ... P. A. TIRE FEE ... $  5.00
To ... TRI-VIN ... for ... ON-LINE REG. FEE ... $ 17.07
D  Optional Gap Contract ... POS COMMERCIAL ... $ 895.00
E  Government Taxes Not Included In Cash Price ... NA
F  Government License and/or Registration Fees
    REG/LIC FEES ... 490.00
G  Government Certificate of Title Fees
    (includes $ 26.00 security interest recording fee) ... $ 61.00
H  Other Charges (Seller must identify who is paid and describe purpose) ...
    ... NA ... for Prior Credit or Lease Balance ... $ 9998.00
To ... ALLSTATE NEW VEHIC ALLSTATE NEW VEHICLE ... NA

Total Other Charges and Amounts Paid to Others on Your Behalf ... 18900.?7?
5  Amount Financed (3 + 4) ... 64936.65?
6  Finance Charge ... 24655.83?
7  Total of Payments-Time Balance (5 + 6) ... 89592.48?

Description of Coverage ...
Balance Computed By Name ...
Home Office Address ...
...

I want the insurance checked above.

X  NA                                          NA
Buyer Signature                              Date

X  NA                                          NA
Co-Buyer Signature                           Date

THIS INSURANCE DOES NOT INCLUDE INSURANCE ON YOUR LIABILITY FOR BODILY INJURY OR PROPERTY DAMAGE CAUSED TO OTHERS.

Returned Check Charge: You agree to pay the cost we actually pay to others if any check you give us is dishonored.

OPTIONAL GAP CONTRACT ...
... POS COMMERCIAL ...

I want to buy a gap contract.
Buyer Signs X  _Stan Gfner_

If you do not meet your contract obligations, you may lose the vehicle.

OPTION: ☐ You pay no finance charge if the Amount Financed, item 5, is paid in full on or before ... NA ... SELLER'S INITIALS ... GA.

**NO COOLING OFF PERIOD**
State law does not provide for a "cooling off" or cancellation period for this sale. After you sign this contract, you may only cancel it if the seller agrees or for legal cause. You cannot cancel this contract simply because you change your mind. This notice does not apply to home solicitation sales.

HOW THIS CONTRACT CAN BE CHANGED. This contract contains the entire agreement between you and us relating to this contract. Any change to this contract must be in writing and both you and we must sign it. No oral changes are binding. Buyer Signs X _____ Co-Buyer Signs X _____ ... See back for other important agreements.

The Annual Percentage Rate may be negotiable with the Seller. The Seller may assign this contract and retain its right to receive a part of the Finance Charge.

NOTICE TO BUYER: DO NOT SIGN THIS CONTRACT IN BLANK. YOU ARE ENTITLED TO AN EXACT COPY OF THE CONTRACT YOU SIGN. KEEP IT TO PROTECT YOUR LEGAL RIGHTS. ANY HOLDER OF THIS CONSUMER CREDIT CONTRACT IS SUBJECT TO ALL CLAIMS AND DEFENSES WHICH THE BUYER COULD ASSERT AGAINST THE SELLER OF GOODS OR SERVICES OBTAINED PURSUANT HERETO OR WITH THE PROCEEDS HEREOF. RECOVERY HEREUNDER BY THE BUYER SHALL NOT EXCEED AMOUNTS PAID BY THE BUYER HEREUNDER.

Buyer Signs X _Stan Gfner_                    Co-Buyer Signs X _____

You agree to the terms of this contract. You confirm that before you signed this contract, we gave it to you and you were free to take it and review it. You confirm that you received a completely filled-in copy when you signed it.

Date 3/25/21  Co-Buyer Signs X  NA                    Date  NA
TEXAS JOHNS                    Co-Buyer Printed Name  NA

Other owner signs here X _____
Seller  KLICK-LEWIS INC                   Date 3/25/21  By X _____   Title  MGR
Seller assigns its interest in this contract to  LEBANON FEDERAL CREDIT UNION  (Assignee) under the terms of Seller's agreement(s) with Assignee.
☐ Assigned with recourse      ☐ Assigned without recourse      ☐ Assigned with limited recourse
By X  KLICK-LEWIS INC          Title  MGR

LAW FORM NO. 553-PA ...

TRUTH IN LENDING COPY

COMMONWEALTH OF PENNSYLVANIA REGISTRATION CREDENTIAL

**EXPIRY: FEB 28, 2022**     **VALID: 05/25/21**

| | |
|---|---|
| PLATE: | ZSJ8811 |
| TITLE: | 83362036701 JO |
| VIN: | 1HTKJPVK5LH856444 |
| YR/MAKE: | 2020 CHEVROLET |
| TYPE: | TK |
| WID: | 21103 0051 000356-001 |

REG. GROSS WT: 19500

UNLADEN WEIGHT: 08830

CLASS: 07



SIGNATURE

I hereby acknowledge this day that I have received
notice of the provisions of Section 3709 of the Vehicle
Code.

512028
STEVEN DOUGLAS JONES
1516 POPLAR ST
NORTHAMPTON PA 18067

**KLICK-LEWIS CHEVROLET, BUICK**
720 East Main St. * Palmyra pa 17078
717-838-1353 * 800-222-1973
www.klicklewiscars.com
Open Mon 7-4PM TUES-THURSDAY 7-6pm FRI 7-4PM SATURDAY 7-3PM

JOB 80096

| STEVEN DOUGLAS JONES | | VEHICLE ID | | MILES IN | MILES OUT | DATE/TIME IN | DATE OUT | INVOICE NO. |
|---|---|---|---|---|---|---|---|---|
| 1516 POPLAR ST | | **1HTKJPVK5LH856444** | | 4122 | 4123 | 08/18/21 08:16 | 08/19/21 | **56008** |
| NORTHAMPTON, PA 18067 | | VEHICLE DESCRIPTION | | | | TAG NO. | STATUS | |
| osirissokarjones@gmail.com | | 2020 CHEVROLET SILVERADO (SUMMIT WHI) | | | | **07459** | PARTIAL-COMPLETE-P | |
| CONTROL NO. | LICENSE PLATE NO. | CUST. LABOR RATE | PROD. DATE | IN-SERV DATE | DELIV. DATE | DELIV. MILES | TERMS | |
| 61295 | | VARI | | 03/25/21 | 03/25/21 | 137 | No Charge | |
| HOME PHONE | WORK PHONE | CELL PHONE | STOCK NO. | SERV. ADV. | | | This Prints | |
| (484) 735-4102 | | (484) 735-4102 | 0823050 | MICHAEL HAYES (131) | | | PREMIER ELITE/GAP | |

THANK YOU FOR DOING BUSINESS WITH US AT KLICK-LEWIS

| Line | Op-Code | Fail Code | Tech | Hours | Type | Amount |
|---|---|---|---|---|---|---|
| **A** * | DIAG | | D13 | | Warranty | |
| Concern | C/S: Every time they go over a bump the ABS light comes on. The brake light comes on. The trailer light comes on. Service trailer brake notification. check and advise | | | | | |
| Cause | FOUND SEVERAL CODES STORED. U0415 SYM 00, C0506 SYM 5A, U0121 SYM 00 AND P215A SYMP 5A. COULD NOT DUPLICATE CONDITION ALL CODES STORED IN HISTORY.WIGGLED HARNESSES CHECKED EBCM CONNECTIONS AND DROVE SEVEN MILES AND COULD NOT DUPLICATE. CHECKED FOR BULLITENS AND NONE FOUND | | | | | |
| **B** * | WCI | | D13 | | Internal | |
| Concern | GM MULTIPOINT FREE COURTESY INSPECTION | | | | | |

## Customer Totals

| Charge Description | **Amount** |
|---|---|
| Total Amount Due | **$0.00** |

STATEMENT OF DISCLAIMER
The factory warranty constitutes all of the warranties with respect to the sale of this item/items. The Seller hereby expressly disclaims all warranties either express or implied, including any implied warranty of merchantability or fitness for a particular purpose. Seller neither assumes nor authorizes any other person to assume for it any liability in connection with the sale of this item/items.

_____
CUSTOMER SIGNATURE

On behalf of servicing dealer, I hereby certify that the information contained hereon is accurate unless otherwise shown. Warranty services described were performed at no charge to owner. There was no indication from the appearance of the vehicle or otherwise, that any part repaired or replaced under this claim had been connected in any way with any accident, negligence, or misuse. Records supporting this claim are available for (1) year from the date of payment notification at the servicing dealer for inspection by manufacturer's representative.

_____
DEALER, GENERAL MANAGER OR AUTHORIZED PERSON

PLAINTIFF'S
EXHIBIT
B
ALL-STATE LEGAL®

56452 JON

### KLICK-LEWIS CHEVROLET, BUICK
720 East Main St. * Palmyra pa 17078
717-838-1353 * 800-222-1973
www.klicklewiscars.com
Open Mon 7-4PM TUES-THURSDAY 7-6pm FRI 7-4PM SATURDAY 7-3PM

| STEVEN DOUGLAS JONES | | VEHICLE ID | | MILES IN | MILES OUT | DATE/TIME IN | DATE OUT | INVOICE NO. |
|---|---|---|---|---|---|---|---|---|
| 1516 POPLAR ST | | **1HTKJPVK5LH856444** | | 4440 | 4440 | 08/30/21 12:58 | 08/31/21 | 56452 |
| NORTHAMPTON, PA 18067 | | VEHICLE DESCRIPTION | | | | TAG NO. | STATUS | |
| osirissokarjones@gmail.com | | 2020 CHEVROLET SILVERADO (SUMMIT WHI) | | | | 07938 | **PARTIAL-COMPLETE-P** | |

| CONTROL NO. | LICENSE PLATE NO. | CUST. LABOR RATE | PROD. DATE | IN-SERV DATE | DELIV. DATE | DELIV. MILES | TERMS |
|---|---|---|---|---|---|---|---|
| 61295 | | VARI | | 03/25/21 | 03/25/21 | 137 | Cash |

| HOME PHONE | WORK PHONE | CELL PHONE | STOCK NO. | SERV. ADV. | | This Prints |
|---|---|---|---|---|---|---|
| (484) 735-4102 | | (484) 735-4102 | 0823050 | JOSEAN GONZALEZ (D15) | | PREMIER ELITE/GAP |

THANK YOU FOR DOING BUSINESS WITH US AT KLICK-LEWIS

| Line | Op-Code | Fail Code | Tech | Hours | Type | Amount |
|---|---|---|---|---|---|---|
| **A** | WCI | | D13 | | Internal | |
| Concern | GM MULTIPOINT FREE COURTESY INSPECTION | | | | | |

| | Sublet Code | Vendor Name | PO# / Description | |
|---|---|---|---|---|
| | #5045 | | PO # 725 531331 | |

| **B** | | | D13 | | Warranty | |
|---|---|---|---|---|---|---|
| Concern | Customer states ABS LIGHT IS ON. PLEASE ADVISE. | | | | | |
| Cause | LIGHT WAS ON FOR A SHORT AMOUT OF TIME AND THEM WENT OUT AND HASNT RETURNED. CHECKED FOR CODES AND FOUND CODES U0415 SYM00 INVALID DATA RECEIVED FROM BCM, U0121 SYM 00 LOST COMM WITH EBCM, C0506 SYM 5A RF WSS CIRCUIT., AND C0500 SYM 5A LF WSS CIRCUIT. WIGGLED HARNESSES TAPPED ON MODULE COULD NOT DUPLICATE. CHECKED FOR BULLITENS AND NONE FOUND. CONTACTED TAC (Case Number : 9-6911331481) AND WAS INSTARUCTED TO CHECKED EBCM PROGRAM AND THEN SDGM PROGRAMMING AND VERIFY PROPER PIN CONTACTS. IF ALL WAS GOOD REPLACE EBCM. ORDRED EBCM. | | | | | |

| **C** | | | D13 | | Customer | $0.00 |
|---|---|---|---|---|---|---|
| Concern | Customer states RF TIRE IS LEAKING. PLEASE ADVISE. | | | | | |
| Cause | FOUND STONE PEIRCED THROUGH TIRE | | | | | |
| Correction | REPLACED RF TIRE | | | | | |

| Part Number | Description | Qty. | Unit Price | Ext. Price |
|---|---|---|---|---|
| 19427625 | C2257019. | 1 | $322.00 | $322.00 |
| TIRETAX | TIRE TAX | 1 | $1.00 | $1.00 |
| TIREDISP | DISPOSAL FEE | 1 | $3.00 | $3.00 |
| | | Parts Total... | | $326.00 |
| | | Line Total... | | $326.00 |



PLAINTIFF'S EXHIBIT
C
ALL-STATE LEGAL®



| STEVEN DOUGLAS JONES | | VEHICLE ID | MILES IN | MILES OUT | DATE/TIME IN | DATE OUT | INVOICE NO. |
|---|---|---|---|---|---|---|---|
| 1516 POPLAR ST | | 1HTKJPVK5LH856444 | 4440 | 4440 | 08/30/21 12:58 | 08/31/21 | 56452 |
| NORTHAMPTON, PA 18067 | | VEHICLE DESCRIPTION | | | | TAG NO. | STATUS |
| osirissokarjones@gmail.com | | 2020 CHEVROLET SILVERADO (SUMMIT WHI) | | | | 07938 | PARTIAL-COMPLETE-P |
| CONTROL NO. | LICENSE PLATE NO. | CUST. LABOR RATE | PROD. DATE | IN-SERV DATE | DELIV. DATE | DELIV. MILES | TERMS |
| 61295 | | VARI | | 03/25/21 | 03/25/21 | 137 | Cash |
| HOME PHONE | WORK PHONE | CELL PHONE | STOCK NO. | SERV. ADV. | | | This Prints |
| (484) 735-4102 | | (484) 735-4102 | 0823050 | JOSEAN GONZALEZ (D15) | | | PREMIER ELITE/GAP |

## Customer Totals

| Charge Description | Amount |
|---|---|
| Parts | $3.00 |
| SalesTax | $19.56 |
| Parts-Other | $323.00 |
| Total Amount Due | $345.56 |
| Amount Due | $345.56 |

STATEMENT OF DISCLAIMER
The factory warranty constitutes all of the warranties with respect to the sale of this item/items. The Seller hereby expressly disclaims all warranties either express or implied, including any implied warranty of merchantability or fitness for a particular purpose. Seller neither assumes nor authorizes any other person to assume for it any liability in connection with the sale of this item/items.

CUSTOMER SIGNATURE

On behalf of servicing dealer, I hereby certify that the information contained hereon is accurate unless otherwise shown. Warranty services described were performed at no charge to owner. There was no indication from the appearance of the vehicle or otherwise, that any part repaired or replaced under this claim had been connected in any way with any accident, negligence, or misuse. Records supporting this claim are available for (1) year from the date of payment notification at the servicing dealer for inspection by manufacturer's representative.

(SIGNED)   DEALER, GENERAL MANAGER OR AUTHORIZED PERSON
(DATE)

**58277 JON**

### KLICK-LEWIS CHEVROLET, BUICK
720 East Main St. * Palmyra pa 17078
717-838-1353 * 800-222-1973
www.klicklewiscars.com
Open Mon 7-4PM TUES-THURSDAY 7-6pm FRI 7-4PM SATURDAY 7-3PM

| STEVEN DOUGLAS JONES | | VEHICLE ID | | MILES IN | MILES OUT | DATE/TIME IN | DATE OUT | INVOICE NO. |
|---|---|---|---|---|---|---|---|---|
| 1516 POPLAR ST | | **1HTKJPVK5LH856444** | | 5950 | 5950 | 10/19/21 16:39 | 10/19/21 | 58277 |
| NORTHAMPTON, PA 18067 | | VEHICLE DESCRIPTION | | | | TAG NO. | | STATUS |
| osirissokarjones@gmail.com | | 2020 CHEVROLET SILVERADO (SUMMIT WHI) | | | | | | **COMPLETE** |
| CONTROL NO. | LICENSE PLATE NO. | CUST. LABOR RATE | PROD. DATE | IN-SERV DATE | DELIV. DATE | DELIV. MILES | | TERMS |
| 61295 | | VARI | | 03/25/21 | 03/25/21 | 137 | | Cash |
| HOME PHONE | WORK PHONE | CELL PHONE | STOCK NO. | SERV. ADV. | | | | This Prints |
| (484) 735-4102 | | (484) 735-4102 | 0823050 | JOSEAN GONZALEZ (D15) | | | | PREMIER ELITE/GAP |

THANK YOU FOR DOING BUSINESS WITH US AT KLICK-LEWIS

| Line | Op-Code | Fail Code | Tech | Hours | Type | Amount |
|---|---|---|---|---|---|---|
| **A** | LOFD | | D13 | | Customer | **$95.63** |

Concern   LUBE OIL FILTER SPECIAL, DIESEL VEHICLES UP TO 11 QUARTS OIL
         15W40INCLUDES A MULTIPOINT VEHICLE INSPECTION
Cause     MAINTENANCE
Correction   PERFORMED SERVICE

| Part Number | Description | Qty. | Unit Price | Ext. Price |
|---|---|---|---|---|
| 88862613 | 15W40DEXOS-SYN | 11 | $6.00 | $66.00 |
| 19419485 | FILTER | 1 | $19.32 | $19.32 |
| | | | Parts Total... | $85.32 |

| Misc. Code | Description | Qty. | Unit Price | Ext. Price |
|---|---|---|---|---|
| | HZD WASTE REMOVAL | 1.0 | $5.00 | $5.00 |
| | | | Misc Total... | $5.00 |
| | | | Line Total... | $185.95 |

| **B** | WCI | | D13 | | Internal | |
|---|---|---|---|---|---|---|

Concern   GM MULTIPOINT FREE COURTESY INSPECTION

### Authorized Estimates

| Date/Time | Amount | Authorized By | Authorization Method | Phone/Email |
|---|---|---|---|---|
| 10/19/2021 16:39 | $124.95 | | Initial Estimate | |

**PLAINTIFF'S EXHIBIT**
ALL-STATE LEGAL®
D

| STEVEN DOUGLAS JONES | | VEHICLE ID | | MILES IN | MILES OUT | DATE/TIME IN | DATE OUT | INVOICE NO. |
|---|---|---|---|---|---|---|---|---|
| 1516 POPLAR ST | | 1HTKJPVK5LH856444 | | 5950 | 5950 | 10/19/21 16:39 | 10/19/21 | 58277 |
| NORTHAMPTON, PA 18067 | | VEHICLE DESCRIPTION | | | | TAG NO. | STATUS | |
| osirissokarjones@gmail.com | | 2020 CHEVROLET SILVERADO (SUMMIT WHI) | | | | | COMPLETE | |
| CONTROL NO. | LICENSE PLATE NO. | CUST. LABOR RATE | PROD. DATE | IN-SERV DATE | DELIV. DATE | DELIV. MILES | TERMS | |
| 61295 | | VARI | | 03/25/21 | 03/25/21 | 137 | Cash | |
| HOME PHONE | WORK PHONE | CELL PHONE | STOCK NO. | SERV. ADV. | | | This Prints | |
| (484) 735-4102 | | (484) 735-4102 | 0823050 | JOSEAN GONZALEZ  (D15) | | | PREMIER ELITE/GAP | |

## Customer Totals

| Charge Description | Amount |
|---|---|
| Parts | $19.32 |
| SalesTax | $11.16 |
| Labor-Other | $95.63 |
| Misc.Chg | $5.00 |
| Parts-Other | $66.00 |
| Total Amount Due | $197.11 |
| | |
| Amount Due | $197.11 |

STATEMENT OF DISCLAIMER
The factory warranty constitutes all of the warranties with respect to the sale of this item/items.  The Seller hereby expressly disclaims all warranties either express or implied, including any implied warranty of merchantability or fitness for a particular purpose.  Seller neither assumes nor authorizes any other person to assume for it any liability in connection with the sale of this item/items.

CUSTOMER SIGNATURE

On behalf of servicing dealer, I hereby certify that the information contained hereon is accurate unless otherwise shown. Warranty services described were performed at no charge to owner. There was no indication from the appearance of the vehicle or otherwise, that any part repaired or replaced under this claim had been connected in any way with any accident, negligence, or misuse. Records supporting this claim are available for (1) year from the date of payment notification at the servicing dealer for inspection by manufacturer's representative.

(SIGNED)   DEALER, GENERAL MANAGER OR AUTHORIZED PERSON
(DATE)

| Buyer Name and Address (Including County and Zip Code) | Co-Buyer Name and Address (Including County and Zip Code) | Seller-Creditor (Name and Address) |
|---|---|---|
| STEVEN DOUGLAS JONES 4515 POPLAR ST NORTHAMPTON, PA 18067 | NA | BLICK LEETS INC 250 EAST MAIN ST PALMYRA, PA 18078 |

You, the Buyer (and Co-Buyer, if any), may buy the vehicle below for cash or on credit. By signing this contract, you choose to buy the vehicle on credit under the agreements on the front and back of this contract. You agree to pay the Seller - Creditor (sometimes "we" or "us" in this contract) the Amount Financed and Finance Charge in U.S. funds according to the payment schedule below. We will figure your finance charge on a daily basis. The Truth-In-Lending Disclosures below are part of this contract.

| New/Used | Year | Make and Model | Mfg Gross Vehicular Weight | Vehicle Identification Number | Primary Use For Which Purchased |
|---|---|---|---|---|---|
| USED | 2021 | CHEVROLET SILVERADO 3500 | 6636 | 1GB4YSEY5ME232516 | ☑ business |

### FEDERAL TRUTH-IN-LENDING DISCLOSURES

PLAINTIFF'S EXHIBIT
E

THIS INSURANCE DOES NOT INCLUDE INSURANCE ON YOUR LIABILITY FOR BODILY INJURY OR PROPERTY DAMAGE CAUSED TO OTHERS.

Returned Check Charge: You agree to pay the costs we actually pay to others if any check you give us is dishonored.

OPTIONAL GAP CONTRACT. A gap contract (debt cancellation contract) is not required to obtain credit and will not be provided unless you sign below and agree to pay the extra charge. If you do decide to buy a gap contract, the charge is shown in Item 4D of the Itemization of Amount Financed. See your gap contract for details on the terms and conditions it provides. It is a part of this contract.

| G. Government Certificate of Title Fees | $ 86.00 |
| (Includes $ 28.00 security interest recording fee) |
| H. Other Charges (Seller must identify who is paid and describe purpose) |
| to NA for Prior Credit or Lease Balance | $ NA |
| to PREMIER for PREMIERE DEALER SER | $ 3500.00 |
| to NA for NA | $ NA |
| to NA for NA | $ NA |

Term _____ Mos.

Name of Gap Contract

I want to buy a gap contract.
Buyer Signs X _____

If you do not meet your contract obligations, you may lose the vehicle.

SELLER'S INITIALS NA   NA

NO COOLING OFF PERIOD
State law does not provide for a "cooling off" or cancellation period for this sale. After you sign this contract, you may only cancel it if the seller agrees or for legal cause. You cannot cancel this contract simply because you change your mind. This notice does not apply to home solicitation sales.

HOW THIS CONTRACT CAN BE CHANGED. This contract contains the entire agreement between you and us relating to this contract. Any change to this contract must be in writing and we must sign it. No oral changes are binding.   Buyer Signs X _____   Co-Buyer Signs X _____
If any part of this contract is not valid, all other parts stay valid. We may delay or refrain from enforcing any of our rights under this contract without losing them. For example, we may extend the time for making some payments without extending the time for making others.
You authorize us to obtain information about you, or the vehicle you are buying, from the state motor vehicle department or other motor vehicle registration authorities.
See back for other important agreements.

**The Annual Percentage Rate may be negotiable with the Seller. The Seller may assign this contract and retain its right to receive a part of the Finance Charge.**

NOTICE TO BUYER: DO NOT SIGN THIS CONTRACT IN BLANK. YOU ARE ENTITLED TO AN EXACT COPY OF THE CONTRACT YOU SIGN. KEEP IT TO PROTECT YOUR LEGAL RIGHTS. ANY HOLDER OF THIS CONSUMER CREDIT CONTRACT IS SUBJECT TO ALL CLAIMS AND DEFENSES WHICH THE BUYER COULD ASSERT AGAINST THE SELLER OF GOODS OR SERVICES OBTAINED PURSUANT HERETO OR WITH THE PROCEEDS HEREOF. RECOVERY HEREUNDER BY THE BUYER SHALL NOT EXCEED AMOUNTS PAID BY THE BUYER HEREUNDER.

Buyer Signs X _____ Date 10/30/21   Co-Buyer Signs X NA   Date NA

You agree to the terms of this contract. You confirm that before you signed this contract, we gave it to you, and you were free to take it and review it. You confirm that you received a completely filled-in copy when you signed it.

Buyer Signs X _____ Date 10/30/21   Co-Buyer Signs X NA   Date NA
Buyer Printed Name STEVEN DOUGLAS JONES   Co-Buyer Printed Name NA

If the "business" use box is checked in "Primary Use for Which Purchased": Print Name NA   Title _____
Co-Buyers and Other Owners — A co-buyer is a person who is responsible for paying the entire debt. An other owner is a person whose name is on the title to the vehicle but does not have to pay the debt. The other owner agrees to the security interest in the vehicle given to us in this contract.
Other owner signs here X NA   Address _____
Seller signs KLICK LEWIS INC   Date 10/30/21   By X _____   Title MGR

Seller assigns its interest in this contract to SANTANDER CONSUMER USA INC. (Assignee) under the terms of Seller's agreement(s) with Assignee.
☐ Assigned with recourse   ☑ Assigned without recourse   ☐ Assigned with limited recourse
Seller KLICK LEWIS INC
By X _____   Title MASTR

LAW FORM NO. 553-PA (REV. 12/19)
©2019 The Reynolds and Reynolds Company   TO ORDER: www.reysource.com; 1-800-344-0996; fax 1-800-531-9055
THE PRINTER MAKES NO WARRANTY, EXPRESS OR IMPLIED, AS TO CONTENT OR FITNESS FOR PURPOSE OF THIS FORM. CONSULT YOUR OWN LEGAL COUNSEL.

CUSTOMER/TRUTH IN LENDING COPY



CERTIFIED MAIL

US POSTAGE
ZIP 19002
02 4W
0000551300 FEB 04 2022
$ 008.76

7020 2450 0000 9587 9251

Kimmel & Silverman
30 East Butler Ave.
Ambler, PA 19002

# FIRST CLASS MAIL

General Motors LLC
c/o Corporation Service Company
2595 Interstate Drive, Suite 103
Harrisburg, PA 17110